TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00685-CV

Patrick Griffin, Appellant

v.

Universal Equine Services, L.C. d/b/a Lone Star Carriers

and Victor Ferrugia, Individually, Appellees

FROM THE DISTRICT COURT OF MONTGOMERY COUNTY, 410TH JUDICIAL DISTRICT

NO. 95-10-04440 CV, HONORABLE MICHAEL K. MAYES, JUDGE PRESIDING

PER CURIAM 

 We will dismiss this appeal for want of prosecution. The case was transferred from
the Ninth Court of Appeals on October 3, 1997. The clerk's record was filed October 14, 1997. 
The court reporter informed this Court that no reporter's record would be filed. Appellant's brief
was due on November 13, 1997. On January 8, 1998, this Court's clerk sent a letter advising
appellant of that date, that the brief was overdue, and that we would dismiss the appeal unless he
filed the brief or requested an extension of time to file the brief by January 20, 1998. As of
today, he has done neither. 

 We dismiss the appeal for this want of prosecution for failure to file a brief. See
Tex. R. App. P. 38.8(a)(1) and 42.3(b).

Before Justices Powers, Aboussie and B. A. Smith

Dismissed for Want of Prosecution

Filed: February 5, 1998

Do Not Publish